UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNA GARMANE,<br><br>    Plaintiff,<br><br>  v.<br><br>DOLLAR TREE STORES, INC.,<br><br>    Defendant. | Case No. 05-cv-4162-JPG |

## MEMORANDUM AND ORDER

After reviewing defendant Dollar Tree Stores, Inc.'s ("Dollar Tree") notice of removal, the Court notes that Dollar Tree has violated Federal Rule of Civil Procedure 7.1, which requires a non-governmental corporate party to submit a corporate disclosure statement at the time of its first appearance, pleading, petition, motion, response or other request addressed to the Court. The Court hereby **ORDERS** Dollar Tree to file on or before September 30, 2005, the appropriate corporate disclosure statement.  Failure to comply with this order may result in striking of the notice of removal and answer pursuant to the Court's inherent authority.

**IT IS SO ORDERED.**
**DATED:  September 12, 2005**

                              s/ J. Phil Gilbert
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**